## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. **8:26 cr    046** |
| **Plaintiff,** | |
| vs. | JUDGE **WALTER H. RICE** |
| **TERRY THOMAS,** | **INDICTMENT** |
| **Defendant.** | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi)<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### [21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi) and (b)(1)(C)]

On or about November 4, 2025, in the Southern District of Ohio, defendant **TERRY THOMAS**, did knowingly and intentionally possess with intent to distribute

a) 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi) and

b) a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi) and (b)(1)(C).

## COUNT 2
### [18 U.S.C. §§ 922(g)(1) and 924(a)(8)]

On or about November 4, 2025, in the Southern District of Ohio, defendant **TERRY THOMAS**, knowing he had previously been convicted of a crime punishable by imprisonment for

a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION 1

Upon conviction of Count 1 of this Indictment, defendant **TERRY THOMAS** shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, including but not limited to the following:

    a.    Glock 19, 9mm pistol, serial number AHFV085, with 9mm magazine and 16 rounds of 9mm ammunition; and

    b.    $8,000 in U.S. currency.

## FORFEITURE ALLEGATION 2

Upon conviction of any of the offenses set forth in this Indictment, defendant **TERRY THOMAS** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s) including, but not limited to, the firearms and ammunition listed in Forfeiture Allegation 1.

## SUBSTITUTE ASSETS

If any of the property described above in Forfeiture Allegations 1 and 2, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

2

e.   has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) or as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

**A TRUE BILL**

**FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**AMY M. SMITH (0081712)**
**Assistant United States Attorney**

3